

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

August 1, 2018

Susan Karlovich
973.735.6012 (direct)
973.902.1216 (mobile)
Susan.Karlovich@wilsonelser.com

**VIA FACSIMILE**
**(856-757-5355)**

Hon. Joel Schneider
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    M.R. v. Stockton University, et al.
            Civil Action No. 3:18-cv-11431
            Our File No: 17160.00021

Dear Judge Schneider:

       This firm represents defendant Zachary Madle in the above-referenced matter. Enclosed please find a Stipulation and Order extending time for us to Answer, which has been signed by plaintiff's counsel. If the same meets with Your Honor's approval, would you kindly file same and return a filed copy to our office?

       We thank the Court for your time and attention to this matter.

                              Respectfully submitted,

                              **Wilson Elser Moskowitz Edelman & Dicker LLP**

                              */s/ Susan Karlovich*

                              Susan Karlovich

SK:dtk
Enclosure
cc:    Robert R. Fuggi, Jr., Esq. (Via email)
        Tom Masciocchi, Esq. (Via email)

200 Campus Drive • Florham Park, NJ 07932 • p 973.624.0800 • f 973.624.0808
Carolyn F. O'Connor • Regional Managing Partner, New Jersey

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

**wilsonelser.com**

2558688v.1

2018/08/01 16:12:51 3 /3
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID      DURATION    PAGES    STATUS
August 1, 2018 at 1:11:37 PM EDT  17322409072     35          1        Received

07/04/2018  13:13    17322409072              FUGGI LAW FIRM                      PAGE  01/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN

| | |
|---|---|
| M.R., | Civil Action No. 3:18-cv-11431 |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| STOCKTON UNIVERSITY, ZACHARY MADLE, PI KAPPA PHI, JOHN DOES (1-20) (FICTITIOUS INDIVIDUALS); A-Z OWNER CORPORATIONS (1-20) (FICTITIOUS CORPORATIONS) | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff M.R. and Defendant Zachary Madle that the time for Defendant Zachary Madle to answer or otherwise respond to Plaintiff's complaint is hereby extended until August 31, 2018.

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | THE FERRARA LAW FIRM |
|---|---|
| By: _____ Susan Karlovich, Esq. 200 Campus Drive Florham Park, New Jersey 07932 Tel: (973) 624-0800 Attorneys for Defendant Zachary Madle | By: _____ Robert R. Fuggi, Jr., Esq. 47 Main Street, P.O. Box 1808 Toms River, NJ 08753 Tel: (732)240-9095 Attorneys for Plaintiff M.R. |

SO ORDERED:  8/2/18

_____
Hon. Joel Schneider
United States Magistrate Judge

2558042v.1